# United States District Court

## WESTERN DISTRICT OF WASHINGTON

ANTONIO RIAL JR.

v.

STEVE SINCLAIR

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5598RBL/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation.

The petition is DISMISSED as time barred.

In accordance with Rule 11 of the Rule Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted by petition in his habeas petition.


_____January 11, 2011_____          _____WILLIAM M. McCOOL_____
                                                                Clerk


                                         _____s/CM Gonzalez_____
                                                      By, Deputy Clerk